SCOTT N. SCHOOLS, SBN SC 9990
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
GINA SHIN
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: Gina.Shin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CAROLYN M. DIXON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO. 3:07-CV-03370-JCS <br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENDING DEFENDANT'S TIME TO ANSWER |

      The parties, through their respective counsel, stipulate that the time for responding to Plaintiff's Complaint be extended from November 5, 2007 through November 19, 2007. This is Defendant's first request for an extension of time to respond to Plaintiff's Complaint. Defendant needs the additional time due to scheduling conflicts arising from the large number of cases which await briefing. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

//

//

//

//

//

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 |   |
| 3 | /s/ Harvey Peter Sackett<br>(As authorized on November 14, 2007) |
| 4 | HARVEY PETER SACKETT<br>Attorney for Plaintiff |

SCOTT N. SCHOOLS
United States Attorney
LUCILLE GONZALES MEIS
Chief Counsel, Region IX
Social Security Administration

/s/ Gina Shin
    (As signed on November 14, 2007)
GINA SHIN
Special Assistant U.S. Attorney
Attorneys for Defendant

IT IS SO ORDERED:

Dated: November 15, 2007

THE HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

[Signature stamp: Judge Joseph C. Spero — United States District Court, Northern District of California]

2 - Stip & Order Extending Def's Time