HARVEY P. SACKETT (72488)
SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAROLYN M. DIXON,

Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

Defendant.

Civil No. C-07-03370 JCS

STIPULATION AND ORDER

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Monday, January 19, 2008 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases (15) Plaintiff's counsel currently needs to brief for this court and other district courts in and around the same time period.

SCOTT N. SCHOOLS
United States Attorney

Dated: December 14, 2007

/s/
GINA SHIN
Special Assistant U.S. Attorney

Dated: December 14, 2007

/s/
HARVEY P. SACKETT
Attorney for Plaintiff
CAROLYN M. DIXON

IT IS SO ORDERED.

Dated: Dec. 17, 2007

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Judge Joseph C. Spero

HON[illegible]
United [illegible] Judge

STIPULATION AND ORDER