UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINE M. DIXON, <br>     Plaintiff, <br> v. <br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br>     Defendant. | No. C-07-3370 JCS <br><br> **FINAL JUDGMENT** |

The motion for summary judgment by defendant Michael J. Astrue, Commissioner of Social Security, having been granted and the motion for summary judgment by plaintiff Caroline M. Dixon having been denied by order dated August 27, 2008, **IT IS HEREBY ORDERED and ADJUDGED** that plaintiff's complaint be dismissed and that each party bear its own costs.

Dated: August 27, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge

1